UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| SOFIDEL AMERICA<br><br>Petitioner,<br><br>v.<br><br>VINCENT N. MICONE, III,<br>ACTING SECRETARY OF LABOR<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 25-3037 |

**RESPONDENT'S MOTION TO AMEND THE CAPTION TO REFLECT PUBLIC OFFICER'S SUCCESSOR**

Respondent Secretary of Labor (Secretary), by and through undersigned counsel, hereby makes this motion to amend the caption in this appeal to reflect the substitution of Acting Secretary of Labor Vincent N. Micone, III, for Secretary Lori Chavez-DeRemer pursuant to Fed. R. App. P. 43(c)(2).

Respectfully submitted,

s/Joseph Quick
Joseph Quick
United States Department of Labor
Office of the Solicitor, Suite S4004
200 Constitution Avenue, NW
Washington, DC 20210-0001
(202) 693-5703
*Attorney for Respondent*
May 9, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that all parties have consented to service by electronic transmission and that on the 9th day of May, 2025, I served a copy of the foregoing Motion to Amend the Caption using the appellate CM/ECF system on:

J. Micah Dickie
Fisher Phillips, LLP
1230 Peachtree St., N.E., Suite 3300
Atlanta, GA 30309
Telephone: 404-260-3419
Facsimile: 404-240-4249
E-Mail: mdickie@fisherphillips.com

William E. Curphey
Curphey & Badger, P.A.
816 137th St., NE
Bradenton, FL 34212
Telephone: (727) 599-4785
E-Mail: billcurphey@gmail.com

s/ Joseph Quick

Joseph Quick
Staff Attorney
U.S. Department of Labor
Office of the Solicitor, Room S-4004
200 Constitution Avenue, NW
Washington, D.C. 20210-0001
(202) 693-5703
quick.joseph.j@dol.gov