# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 12, 2025

Mr. John X. Cerveny

Mr. William Curphey III

Mr. J. Micah Dickie

Mr. Joseph Junior Quick

       Re:  Case No. 25-3037, *Sofidel America v. OSHRC, et al*
             Originating Case No. 23-0494

Dear Counsel,

  Enclosed is an amended caption, please use this caption for all future filings.

                              Sincerely yours,

                              s/Virginia Lee Padgett
                              Case Manager
                              Direct Dial No. 513-564-7032

 Enclosure