SOFIDEL AMERICA

                Petitioner

v.

LORI CHAVEZ-DEREMER, Acting Secretary of Labor

                Respondent