Case No. 25-3037

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

SOFIDEL AMERICA

       Petitioner

v.

LORI CHAVEZ-DEREMER, Acting Secretary of Labor

       Respondent

 

Upon consideration of the Respondent's motion to substitute parties,

It is **ORDERED**, that the motion be and is hereby **GRANTED.**

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: May 12, 2025