# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 12, 2025

Mr. J. Micah Dickie
Fisher & Phillips
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Mr. Joseph Junior Quick
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

Re: Case No. 25-3037, *Sofidel America v. OSHRC, et al*
Time Change of Oral Argument -- Thursday, December 11, 2025

Dear Counsel:

  Please be advised that the argument in the case noted above will begin at 9:00 a.m. as opposed to 1:00 p.m. Please report to the Clerk's Office, Room 540 in the Potter Stewart U.S. Courthouse, in Cincinnati, Ohio on Thursday, December 11, 2025 no later than 8:30 a.m. Court will convene promptly at 9:00 a.m.

                                       Sincerely yours,

                                       s/Lance A. Gifford
                                       Senior Calendar Deputy

cc: Mr. Edmund Charles Baird
    Ms. Louise McGauley Betts
    Mr. John X. Cerveny
    Mr. William Curphey III