No. 25-3037

SOFIDEL AMERICA,

    Petitioner,

v.

LORI CHAVEZ-DEREMER, Secretary of Labor,

    Respondent.

**FILED**
Feb 11, 2026
KELLY L. STEPHENS, Clerk

Before: CLAY, KETHLEDGE, and LARSEN, Circuit Judges.

# JUDGMENT

THIS MATTER came before the court upon the petition for review of an order of the Occupational Safety and Health Review Commission.

UPON FULL REVIEW of the record and the briefs and arguments of counsel,

IT IS ORDERED that the petition for review is GRANTED, and the Commission's order is VACATED IN PART and REMANDED for further proceedings consistent with the opinion of this court. On remand, the parties may litigate the question whether those proceedings should include consideration of other evidence in the administrative record.

**ENTERED BY ORDER OF THE COURT**

_Kelly L. Stephens_

Kelly L. Stephens, Clerk